IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ALPHONSO BOUTIRE, § | |
| Petitioner, § | |
| § | |
| v. § | CIVIL ACTION NO: H-17-0831 |
| § | |
| LORIE DAVIS, § | |
| Director of the Texas Department § | |
| of Criminal Justice - Correctional § | |
| Institutions Division, § | |
| Respondent. § | |

## MEMORANDUM AND RECOMMENDATION

On April 6, 2017, this court recommended that Alphonso Boutire's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 be transferred to the United States District Court for the Western District of Texas (Dkt. 6). Boutire did not file objections and instead filed a motion to dismiss his case (Dkt. 10). Therefore, the April 6, 2017 memorandum and recommendation is vacated, and the court recommends that Boutire's petition be dismissed without prejudice in accordance with his request.

The parties have 14 days from receipt to file written objections. *See* Rule 8(b) of the Rule Governing Section 2254 Cases; 28 U.S.C. § 636(b)(1)(C); FED. R. CIV. P. 72. Failure to file written objections within that time may bar an aggrieved party from attacking the factual findings and legal conclusions on appeal, except for plain error.

Signed at Houston, Texas on April 21, 2017.

Stephen Wm. Smith
United States Magistrate Judge