UNITED STATES DISTRICT COURT                                    SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
**ENTERED**
May 31, 2017
David J. Bradley, Clerk

| | | |
|---|---|---|
| ALPHONSO BOUTIRE, | § § § | |
| Petitioner, | § § | |
| versus | § | CIVIL ACTION H-17-0831 |
| LORIE DAVIS, | § § § | |
| Respondent. | § § | |

## Order of Adoption

On April 21, 2017, Magistrate Judge Stephen Wm. Smith issued a Memorandum and Recommendation (11). No party filed an objection. After considering the record and the law, the court adopts the Memorandum and Recommendation as its Memorandum and Order. Boutire's motion to dismiss his petition for writ of habeas corpus without prejudice is granted.

Signed May 30, 2017, at Houston, Texas.

Lynn N. Hughes
United States District Judge